# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

MONTE A. MAGEE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

Case No. CIV-09-304-RAW

## JUDGMENT

By Order entered this date, this court ordered that this matter be reversed and remanded. It is therefore ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this 17th day of September, 2010.

`Dated this 17`th `Day of September 2010.`

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0